## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                                    **No. 4:11-cr-309-DPM**

**DESHUNN WILLIAMS**                                    **DEFENDANT**

### ORDER

Motion, *Document No. 40*, granted. The information is dismissed without prejudice. The 25 March 2013 trial is cancelled.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*8 February 2013*